AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

RIVERSTONE CENTER WEST, LLC, a Washington Limited Liability company, RIVERSTONE CENTER EAST, LLC, a Washington limited liability company, RIVERSTONE CENTER, LLC, a Washington limited liability company,          Plaintiffs,
v.

BARNES & NOBLE BOOKSELLERS, INC., a Deleware corporation; and BARNES & NOBLE, INC., a Delaware corporation,

Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-395-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order entered on July 16, 2010, Ct Rec 128.

July 16, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas