AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RIVERSTONE CENTER WEST, LLC, a Washington
company, RIVERSTONE CENTER EAST, LLC, a
Washington Company, and RIVERSTONE CENTER,
LLC, a Washington company,　　　　Plaintiffs,

v.

BARNES & NOBLE BOOKSELLERS, INC., a Delaware
corporation, and BARNES & NOBLE, INC., a Delaware
corporation,

　　　　　　　　　　Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-0395-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that judgment in entered in Barnes & Noble Defendants' favor against the Riverstone Companies jointly and severally in the amount of $624,499.50 for attorneys' fees pursuant to the Court's Order entered on December 15, 2010, Ct. Rec. 162.

| | |
|---|---|
| 12/15/2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |